# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PACIFIC COAST AUTO BODY, INC., et al.,

    Plaintiffs,

v.                            Case No: 6:14-cv-6010-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

On August 17, 2015, this Court entered an order (Doc. 46) dismissing the instant case without prejudice and giving the Plaintiffs until September 8, 2015 to file an amended complaint. By way of a motion filed in Case No. 6:14-md-2557 (Doc. 225), the Plaintiffs obtained an extension through September 18, 2015 to file an amended pleading. (Doc. 228). No amended complaint was filed, and this Court's dismissal order therefore became final and appealable as of that date. *See Schuurman v. Motor Vessel Betty K V*, 798 F. 2d 442, 445 (11th Cir. 1986).

In consideration of the foregoing, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE