# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PACIFIC COAST AUTO BODY, INC., D AND M AUTO BODY, INC., CAMPBELL'S AUTO BODY, INC. and AMATO'S AUTO BODY, INC.,**

      **Plaintiffs,**

v.                                                   **Case No:   MDL 2557**
                                                        **6:14-cv-6010-Orl-31EJK**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,**

      **Defendants.**

## ORDER

By order dated August 17, 2015, this Court dismissed Plaintiffs' claims without prejudice with leave to amend by September 8, 2015 (Doc. 35).   Plaintiffs did not amend, thus dismissal became final as a matter of law, and the file was closed on November 20, 2015 (Doc. 46).

In the meantime, the GEICO defendants filed a motion for attorney fees pursuant to 28 U.S.C. § 1957 and the Court's inherent powers (Doc. 37).   In response, Plaintiffs filed their own motion for sanctions (Doc. 41) and a response to the defendants' motion (Doc. 42).   GEICO filed a response to Doc. 41 (Doc. 43) and a reply (Doc. 44) to Plaintiffs' response.

In its order closing the file, the Court retained jurisdiction to consider the pending sanctions motions once the MDL appellate proceedings were concluded (Doc. 46).   Those appellate proceedings have now been concluded.   *Quality Auto vs. State Farm*, 917 F.3d. 1249 (11th Cir. 2019) (en banc); *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*,

953 F.3d 707 (11th Cir. 2020); and *Crawford's Auto Ctr., Inc. v. State Farm Mut. Auto. Ins. Co.*, 945 F.3d 1150 (11th Cir. 2019).

Since a split panel of the 11th Circuit concluded that all of Plaintiffs' claims were viable, and the 11th Circuit *en banc* opinion upheld at least one of their claims, the Court cannot conclude that Plaintiffs' Complaint was filed in bad faith. Therefore, Defendants' motion (Doc. 37) is **DENIED**.

Plaintiffs' motion (Doc. 41) is also without merit and is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party